FILED

2003 OCT 10 P 12: 49

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENNETH MURVIN | : Civ. No.Civ. No.3:00CV2222(AHN) |
| v. | : |
| WILLIAM JENNINGS, GERALD PINTO, ORLANDO SOTO, JOHN THERINA, THOMAS RODIA AND SERGEANT SUPPLE AND THE TOWN OF STRATFORD | : |

### STIPULATION FOR WITHDRAWAL OF ACTION

It is hereby stipulated that the above entitled case is to be withdrawn with prejudice and without costs or counsel fees for the reason that it has been settled.

TOWN OF STRATFORD

BY: _____
John A. Florek

WILLIAM JENNINGS

BY: _____
Law Office of S. Dave Vatti

GERALD PINTO

BY: _____
Arthur C. Laske, III, Esquire

KENNETH MURVIN

BY: _____
Burton M. Weinstein ct 05227

1

10/16, 2003 APPROVED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.

2003 OCT 17 A 11: 36