UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 DEC -4  P 5:08

KENNETH MURVIN

v                                                3:00cv2222 (AHN)

WILLIAM JENNINGS, GERALD
PINTO, ORLANDO SOTO, JOHN
THERINA, THOMAS RODIA,
SERGEANT SUPPLE, and the
TOWN OF STRATFORD

## JUDGMENT

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendants' motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and oral argument was held on February 28, 2003. On March 31, 2003, the Court entered a Ruling on Defendants' Motions for Summary Judgment granting defendants' motions as to Orlando Soto, John Therina, Thomas Rodia and Sergeant Supple. On October 17, 2003, the Court approved the Stipulation of Dismissal of action as to William Jennings, Gerald Pinto and the Town of Stratford.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants Orlando Soto, John Therina, Thomas Rodia and Sergeant Supple. The Clerk is directed to close the case.

Dated a Bridgeport, Connecticut, this 4th day of December, 2003.

Kevin F. Rowe, Clerk

By _____
     Deputy Clerk

Entered on Docket _____